UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00206-KJD-VCF |
| Plaintiff, | **ORDER – Granting Motion to Strike** |
| v. | |
| KEVIN LAY, SR., | |
| Defendant. | |

Presently before the Court is the Government's Motion to Strike (#48). Here, despite being represented by counsel, Defendant filed a pro se motion seeking release from his term of supervised release. (#47). The Government's motion asks the Court to strike this motion from the docket, arguing that it violates the Court's precedent and local rules. (#48, at 1-2). The Court agrees.

Under Local Rule IA 11-6, "a party who has appeared by attorney cannot while so represented appear or act in the case." LR IA 11-6(a). Essentially, Local Rule IA 11-6(a) prevents parties represented by counsel from filing documents pro se. See id.; see also United States v. Alva, No. 2:14-CR-023-GMN-NJK, 2016 WL 11645518, at *1 (D. Nev. June 29, 2016) (explaining that Local Rule IA 11-6(a) prohibits parties from filing documents pro se when represented by counsel). Therefore, since Defendant is still represented by counsel, and was at the time he filed the motion, his pro se filing directly violates the Court's local rules.

Accordingly, **IT IS HEREBY ORDERED** that the Government's Motion to Strike (#48) is **GRANTED**, and filing #47 will be **STRICKEN** from the docket.

Dated this 9th day of May 2024.

Kent J. Dawson
United States District Judge